# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARGARET MIMMS, et al.,<br><br>　　　　Defendants. | 1:15-cv-01711-BAM (PC)<br><br>ORDER DENYING IN FORMA PAUPERIS APPLICATION WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Michael Haga ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed this case on November 12, 2015. (ECF No. 1.) On the same day he also filed a motion seeking leave to proceed in forma pauperis. (ECF No. 2.) However, he did not have an authorized officer of the institution fill out, sign, and date the Certificate portion of the form, as directed in the form's instructions. He must submit a completed form if he wishes his application to be considered.

Accordingly, IT IS HEREBY ORDERED as follows:

1.　Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice;

2.　The Clerk of the Court is directed to serve this order and a blank IFP application on Plaintiff. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

3.  No extension of time will be granted without a showing of good cause; and

4.  The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated: __November 13, 2015__          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE