# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAGA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARGARET MIMMS, et al.,<br><br>    Defendants. | 1:15-cv-01711-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 7)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

    Plaintiff Michael Haga ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed this case on November 12, 2015. (ECF No. 1.) On December 4, 2015, Plaintiff consented to the jurisdiction of the undersigned United States Magistrate Judge. (ECF No. 6.)

    On December 11, 2015, Plaintiff filed a motion requesting a voluntary dismissal without prejudice, so that he may exhaust his administrative remedies. (ECF No. 7.) "[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. In this action, no defendant has been served and no defendant has filed an answer or motion for summary judgment.

1  Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
2  case and adjust the docket to reflect voluntary dismissal of this action without prejudice pursuant
3  to Rule 41(a).  All pending motions are terminated.

5  IT IS SO ORDERED.

6  Dated:   **December 16, 2015**                    /s/ *Barbara A. McAuliffe*
7                                                 UNITED STATES MAGISTRATE JUDGE